IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | |
|---|---|
| JACQUELINE MINIFIELD-BROWN in her capacity as the personal representative and the administrator of the Estate of D'Londre T. Minifield and in her personal capacity.<br>*Plaintiff,*<br><br>v.<br><br>THE CITY OF WINCHESTER, INC. *et al.,*<br><br>*Defendants.* | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No.: 5:17cv00043<br>*<br>*<br>*<br>*<br>* |

MOTION FOR SUBSTITUTION OF ATTORNEY

**COMES NOW,** Plaintiff Jacqueline Y. Minifield (hereinafter "Plaintiff" or "the Estate"), by and through undersigned counsel, David C. Johnson, Esq. Local Counsel and Deborah R. Whitlock, Esq. respectfully moves this Court to grant the Motion for Substitution of Attorney and states the following in support thereof:

1. Deborah R. Whitlock, Esquire, was recently retained by the Estate and granted admission *pro hac vice* in this case on April 20, 2018.

2. Plaintiff desires to have the appearance of current attorney, Roger I. Roots, Esquire, admitted *pro hac vice* withdrawn in this case.

3. Accordingly, it is the Estate's request that the appearance of Roger I. Roots, Esquire, admitted *pro hac vice*, be withdrawn and substituted by undersigned counsel, David C. Johnson, Esquire, Local Counsel, and Deborah R. Whitlock, admitted *pro hac vice*, as her attorneys in this case.

4. Plaintiff attaches her signed proposed Consent Order Granting Substitution of

1

Attorney in further support of this motion.

WHEREFORE, for the above-stated reasons, Plaintiff respectfully requests that the Court grant the Motion for Substitution of Attorney.

JACQUELINE MINIFIELD-BROWN, ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF D'LONDRE MINIFIELD AND IN HER PERSONAL CAPACITY.

By Counsel,

/s/*Deborah R. Whitlock*_____
Deborah R. Whitlock, Esq. GSB# 312803
ATTORNEY AT LAW
237 W. Savannah Street #102
Telephone: (706)886-0518
Facsimile: (706)886-0519
drwhitlock32256@gmail.com
*Attorney admitted pro hac vice for Jacqueline Minifield and the Estate*

**/s/***Roger I. Roots*_____
Roger I. Roots, Esq. RIB# 6752
113 Lake Dr. E.
Livingston, MT 59047
(406)224-3105
Fax: (401)404-0190
Email: rogerroots@msn.com
*Pro Hac Vice Counsel for Plaintiff*

*/s/David C. Johnson*____
David C. Johnson, Esq. VSB No. 70139
Virginia Beach Law Group
780 Lynnhaven Parkway Suite 220
Virginia Beach, VA 23452
Telephone: 757-486-4529
Facsimile: 757-486-4530
djohnson@vabeachlawgroup.com
*Local Counsel for Jacqueline Minifield and the Estate*

2

CERTIFICATE OF SERVICE

       I hereby certify that on April 23, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to (NEF) to the following:

**Julia B. Judkins**
BANCROFT, McGAVIN, HORVATH
& JUDKINS, P.C.
9990 Fairfax Drive, Suite 400
Fairfax, Virginia 22030
jjudkins@bmhjlaw.com
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)
jjudkins@bmhjlaw.com
*Counsel for City of Winchester;
and for Kevin L. Sanzenbacher*

**Marshall H. Ross**
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
(804) 786-0046
Fax: (804) 371 – 2087
Email: mross@oag.state.va.us
*Counsel for VSP Defendants*

**Alexander Francuzenko**
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
703-865-7480
Fax: 703-434-3510
Email: afrancuzenko@cookcraig.com
*Counsel for Kristin Bradford*

**Philip Corliss Krone**
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
703-865-7480
Fax: 703-434-3510
Email: pkrone@cookcraig.com
*Counsel for Kristin Bradford*

       */s/ David C. Johnson*
       David C. Johnson

3